# EXHIBIT A

## AGREEMENT

This Agreement is entered into as of August 29, 2012 by Massachusetts Institute of Technology ("MIT") and Funai Electric Company, Ltd., Funai Corporation, Inc., Funai Service Corporation, and P&F USA, Inc. (collectively "Funai Defendants").

Whereas, MIT filed the complaint for patent infringement on May 18, 2012 against the Funai Defendants in the matter styled *MIT v. Funai Electric Company, Ltd., et al.*, Case No. 1:12-cv-10901-DJC (D. Mass.) (the "litigation");

Whereas, the parties have been discussing a license agreement to resolve the litigation;

Whereas, the deadline for service of the complaint in the litigation is September 17, 2012;

Whereas, to allow the parties additional time to discuss resolution of the litigation, the parties agree as follows:

1. The Funai Defendants agree to waive formal service of the complaint in the litigation, and the complaint shall be deemed served on each of the Funai Defendants as of September 10, 2012.

2. MIT agrees to extend the deadline by which the Funai Defendants must answer or otherwise respond to the complaint in the litigation until November 29, 2012, and MIT will file an appropriate motion with the Court seeking approval of that extension.

3. The person or persons signing on behalf of the Funai Defendants represent and warrant that they have the full authority to sign this agreement on behalf of the Funai Defendants. The person signing on behalf of MIT represents and warrants that he has the full authority to sign this agreement on behalf of the plaintiff MIT.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
By: *[signature]*

JOHN H. TURNER, JR.
ASSOCIATE DIRECTOR
TECHNOLOGY LICENSING OFFICE

FUNAI ELECTRIC COMPANY, LTD.
By: *[signature]*
Hisao Tatsumi, General Manager/Senior Officer

FUNAI CORPORATION, INC.
By: _____

FUNAI SERVICE CORPORATION
By: _____

P&F USA, INC.
By: _____

## AGREEMENT

This Agreement is entered into as of August 29, 2012 by Massachusetts Institute of Technology ("MIT") and Funai Electric Company, Ltd., Funai Corporation, Inc., Funai Service Corporation, and P&F USA, Inc. (collectively "Funai Defendants").

Whereas, MIT filed the complaint for patent infringement on May 18, 2012 against the Funai Defendants in the matter styled *MIT v. Funai Electric Company, Ltd., et al.*, Case No. 1:12-cv-10901-DJC (D. Mass.) (the "litigation");

Whereas, the parties have been discussing a license agreement to resolve the litigation;

Whereas, the deadline for service of the complaint in the litigation is September 17, 2012;

Whereas, to allow the parties additional time to discuss resolution of the litigation, the parties agree as follows:

1. The Funai Defendants agree to waive formal service of the complaint in the litigation, and the complaint shall be deemed served on each of the Funai Defendants as of September 10, 2012.

2. MIT agrees to extend the deadline by which the Funai Defendants must answer or otherwise respond to the complaint in the litigation until November 29, 2012, and MIT will file an appropriate motion with the Court seeking approval of that extension.

3. The person or persons signing on behalf of the Funai Defendants represent and warrant that they have the full authority to sign this agreement on behalf of the Funai Defendants. The person signing on behalf of MIT represents and warrants that he has the full authority to sign this agreement on behalf of the plaintiff MIT.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
By: *(signature)*

JOHN H. TURNER, JR.
ASSOCIATE DIRECTOR
TECHNOLOGY LICENSING OFFICE

FUNAI ELECTRIC COMPANY, LTD.

By:_____

FUNAI CORPORATION, INC.

By: *(signature)*
Yoichi Kanazawa, CFO & Secretary

FUNAI SERVICE CORPORATION

By:_____

P&F USA, INC.

By:_____

## AGREEMENT

This Agreement is entered into as of August 29, 2012 by Massachusetts Institute of Technology ("MIT") and Funai Electric Company, Ltd., Funai Corporation, Inc., Funai Service Corporation, and P&F USA, Inc. (collectively "Funai Defendants").

Whereas, MIT filed the complaint for patent infringement on May 18, 2012 against the Funai Defendants in the matter styled *MIT v. Funai Electric Company, Ltd., et al.*, Case No. 1:12-cv-10901-DJC (D. Mass.) (the "litigation");

Whereas, the parties have been discussing a license agreement to resolve the litigation;

Whereas, the deadline for service of the complaint in the litigation is September 17, 2012;

Whereas, to allow the parties additional time to discuss resolution of the litigation, the parties agree as follows:

1. The Funai Defendants agree to waive formal service of the complaint in the litigation, and the complaint shall be deemed served on each of the Funai Defendants as of September 10, 2012.

2. MIT agrees to extend the deadline by which the Funai Defendants must answer or otherwise respond to the complaint in the litigation until November 29, 2012, and MIT will file an appropriate motion with the Court seeking approval of that extension.

3. The person or persons signing on behalf of the Funai Defendants represent and warrant that they have the full authority to sign this agreement on behalf of the Funai Defendants. The person signing on behalf of MIT represents and warrants that he has the full authority to sign this agreement on behalf of the plaintiff MIT.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
By: *[signature]*

JOHN H. TURNER, JR.
ASSOCIATE DIRECTOR
TECHNOLOGY LICENSING OFFICE

FUNAI ELECTRIC COMPANY, LTD.

By:_____

FUNAI CORPORATION, INC.

By:_____

FUNAI SERVICE CORPORATION

By: *[signature]*
Yoshihiko Sasaki, Director/CEO
P&F USA, INC.

By:_____

# AGREEMENT

This Agreement is entered into as of August 29, 2012 by Massachusetts Institute of Technology ("MIT") and Funai Electric Company, Ltd., Funai Corporation, Inc., Funai Service Corporation, and P&F USA, Inc. (collectively "Funai Defendants").

Whereas, MIT filed the complaint for patent infringement on May 18, 2012 against the Funai Defendants in the matter styled *MIT v. Funai Electric Company, Ltd., et al.*, Case No. 1:12-cv-10901-DJC (D. Mass.) (the "litigation");

Whereas, the parties have been discussing a license agreement to resolve the litigation;

Whereas, the deadline for service of the complaint in the litigation is September 17, 2012;

Whereas, to allow the parties additional time to discuss resolution of the litigation, the parties agree as follows:

1.  The Funai Defendants agree to waive formal service of the complaint in the litigation, and the complaint shall be deemed served on each of the Funai Defendants as of September 10, 2012.

2.  MIT agrees to extend the deadline by which the Funai Defendants must answer or otherwise respond to the complaint in the litigation until November 29, 2012, and MIT will file an appropriate motion with the Court seeking approval of that extension.

3.  The person or persons signing on behalf of the Funai Defendants represent and warrant that they have the full authority to sign this agreement on behalf of the Funai Defendants. The person signing on behalf of MIT represents and warrants that he has the full authority to sign this agreement on behalf of the plaintiff MIT.

MASSACHUSETTS INSTITUTE
OF TECHNOLOGY
By: _____

**JOHN H. TURNER, JR.
ASSOCIATE DIRECTOR
TECHNOLOGY LICENSING OFFICE**

FUNAI ELECTRIC COMPANY, LTD.

By:_____

FUNAI CORPORATION, INC.

By:_____

FUNAI SERVICE CORPORATION

By:_____

P&F USA, INC.

By:_____

Ryo Fukuda
S.V.P.