## JOINT STIPULATION AND MOTION TO DISMISS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:12-CV-10901-DJC |
| FUNAI ELECTRIC COMPANY, LTD. FUNAI CORPORATION, INC. FUNAI SERVICE CORPORATION AND P&F USA, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>JOINT STIPULATION AND MOTION TO DISMISS</u>

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Massachusetts Institute of Technology and Defendants Funai Electric Company, Ltd.; Funai Corporation, Inc.; Funai Service Corporation; and P&F USA, Inc., by and through counsel, stipulate and move as follows:

The Parties hereby stipulate to the dismissal with prejudice of all claims for relief and causes of action asserted in the above-captioned action.

The parties have further agreed to waive all rights of appeal and that all attorneys' fees and costs shall be borne by each party incurring the same.

An agreed-upon Proposed Order of Dismissal has been lodged concurrently herewith.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/ Thomas F. Maffei | /s/ Gordon P. Katz |

| | |
|---|---|
| Thomas F. Maffei (BBO 313320)<br>Scott McConchie (BBO 634127)<br>GRIESINGER, TIGHE & MAFFEI, LLP<br>176 Federal Street<br>Boston, Massachusetts 02110<br>(617) 542-9900<br>tmaffei@gtmllp.com<br>smcconchie@gtmllp.com | Gordon P. Katz (BBO 261080)<br>Benjamin M. Stern (BBO 646778)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 (phone)<br>(617) 523-6850 (fax)<br>Gordon.katz@hklaw.com<br>benjamin.stern@hklaw.com |
| Morgan Chu (CA 70446)<br>David I. Gindler (CA 117824)<br>Christopher A. Vanderlaan (CA 155628)<br>H. Annita Zhong (CA 266924)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4726<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 | J.C. Rozendaal<br>Michael E. Joffre (BBO 661399)<br>Igor Helman<br>KELLOGG, HUBER, HANSEN, TODD,<br>EVANS & FIGEL, P.L.L.C<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 |
| *Counsel for Massachusetts Institute of Technology* | *Counsel for Defendants Funai Electric Company, Ltd.*, *Funai Corporation, Inc.*, *Funai Service Corporation*, *and P&F USA, Inc.* |

Dated:  December 31, 2012

       Boston, Massachusetts