**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:12-CV-10901-DJC |
| FUNAI ELECTRIC COMPANY, LTD. FUNAI CORPORATION, INC. FUNAI SERVICE CORPORATION AND P&F USA, INC. | ) ) ) ) ) ) ) | DEMAND FOR JURY TRIAL |
| Defendants. | ) ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED** that, pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' Joint Motion to Dismiss:

All claims for relief and causes of actions asserted in this action are dismissed with prejudice.

IT IS SO ORDERED on this _____ day of _____, 201_.

_____

The Honorable Denise J. Casper

United States District Court Judge

District of Massachusetts

Boston Division