[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br><br>Plaintiff,<br><br>vs.<br><br>FUNAI ELECTRIC COMPANY, LTD.<br>FUNAI CORPORATION, INC.<br>FUNAI SERVICE CORPORATION AND<br>P&F USA, INC.<br><br>Defendants. | Case No. 1:12-CV-10901-DJC<br><br>DEMAND FOR JURY TRIAL |

## ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that, pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' Joint Motion to Dismiss:

All claims for relief and causes of actions asserted in this action are dismissed with prejudice.

IT IS SO ORDERED on this 3rd day of January, 2013.

_Denise J. Casper_
The Honorable Denise J. Casper
United States District Court Judge
District of Massachusetts
Boston Division